IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JOHN L. JACKSON,** | ) |
| Plaintiff, | ) |
| v. | ) Civil No. **04-798-CJP** |
| **JO ANNE B. BARNHART**[1], **Commissioner of Social Security,** | ) |
| Defendant. | ) |

## ORDER

Before the Court is plaintiff's "Appeal of Magistrate Decision to District Court" **(Doc. 22)**. When the parties consented to have this case tried by magistrate judge **(Docs. 5, 10 and 11)** they forfeited the right to appeal to a district judge. *See* **28 U.S.C. § 636(c)**. Upon entry of final judgment, plaintiff is free to appeal this Court's final decision to the Court of Appeals for the Seventh Circuit.

**IT IS THEREFORE ORDERED** that plaintiff's appeal **(Doc. 22)** is **STRICKEN**.

**DATED: March 30, 2006**

    s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**

---

[1] Plaintiff's complaint does not refer to the Commissioner of Social Security by name; this Court takes judicial notice that Jo Anne B. Barnhart is the Commissioner.