# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOHN L. JACKSON, | ) |
| Plaintiff, | ) |
| -vs- | )   NO. 04-798-CJP |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that pursuant to an Order entered by United States Magistrate Judge Clifford J. Proud on March 8, 2006 (Doc. 21), the final decision of the Commissioner of Social Security is **AFFIRMED**. Plaintiff shall take nothing from this action.

DATED: March 30, 2006

**NORBERT G. JAWORSKI, CLERK**

**BY: S/ Angela M. Vehlewald**
**Deputy Clerk**

**Approved by S/ Clifford J. Proud**
**United States Magistrate Judge**
**Clifford J. Proud**